No. 75-6593. FELDER v. SMITH, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75-6595. STILLER v. KETNER'S CAFETERIA ET AL. Ct. App. N. C. Certiorari denied.

No. 75-6597. HARVEY v. SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 75-6685. CHAVEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74-735. NICKELS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75-1429. YEE v. YEE ET AL. Sup. Ct. Hawaii. Certiorari and other relief denied.

No. 75-1290. BROWN & WILLIAMSON TOBACCO CORP. ET AL. v. DIXON, ACTING CHAIRMAN, FEDERAL TRADE COMMISSION, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75-1297. CALIFORNIA v. GARCIA. Ct. App. Cal., 1st App. Dist. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 75-1448. COMMISSIONER, DEPARTMENT OF CORRECTIONAL SERVICES OF NEW YORK, ET AL. v. MUKMUK, AKA CHOLMONDELEY. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.